COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-07-248-
CV

IN RE CARTER & BURGESS, INC. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s “Motion for Stay Pending Resolution Of Its Petition For Writ of Mandamus” and petition for writ of mandamus and is of the opinion that relief should be denied.  
See
 
Tex. R. App. P.
 52.8(a),(d). Accordingly, relator's “Motion for Stay Pending Resolution Of Its Petition For Writ of Mandamus” and petition for writ of mandamus are denied.

PER CURIAM

PANEL A: DAUPHINOT, LIVINGSTON, and  WALKER, JJ.

DELIVERED:  July 19, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.1.